# Richmond

BEULAH MURDEN CARMODE V. COMMONWEALTH OF VIRGINIA.

January 13, 1938.

Present, All the Justices.

*Beecher E. Stallard,* for the appellant.

*Abram P. Staples, Attorney-General,* for the Common-wealth.

*Hunton, Williams, Anderson, Gay & Moore,* for the appellees other than the Commonwealth.

PER CURIAM.

·We find no reversible error in this record, and being of opinion that it is unnecessary, we refrain from discussing the evidence or errors assigned.

*Affirmed.*